LINDSAY, APPELLANT, *v.* GREEN, SUPT., MARION CORRECTIONAL INSTITUTION, APPELLEE.

(No. 40401—Decided February 23, 1967.)

*Mr. Philemon Lindsay*, in propria persona.
*Mr. William B. Saxbe*, attorney general, and *Mr. William C. Baird*, for appellee.

*Per Curiam.* This is an appeal from a judgment of the Court of Appeals denying appellant his release on a writ of habeas corpus. The action originated in the Court of Appeals.

The judgment of the Court of Appeals is affirmed on the authority of *Freeman* v. *Maxwell, Warden*, 4 Ohio St. 2d 4.

*Judgment affirmed.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and BROWN, JJ., concur.